# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Plaintiff,

v.

J. S. WHITE,

    Defendant.

Case No. 19-cv-08038-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On December 9, 2019, Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On that same date the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk sent Plaintiff a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed and Plaintiff has not paid the filing fee, returned the *in forma pauperis* application or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: January 31, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge